**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSE LUIS CHUY, GUILLERMO
ANDRES PENA-GARCIA, TERESA
DAMIAN, RONEI BARBOSA, SANDRA
BARBOSA, ANTONIO CARLOS
DASILVA, DOLIRIAN CHUY, MAYRA
HERNANDEZ, RAFAEL ROSENDO DE
OLIVEDA,

      Plaintiffs,

-vs-                                                  Case No. 6:10-cv-178-Orl-31DAB

HILTON MANAGEMENT LLC,

      Defendant.
_____

HILTON MANAGEMENT LLC,

      Third Party Plaintiff,
vs.

CD QUALITY SERVICE CORPORATION,

      Third Party Defendant.
_____

**ORDER**

This matter comes before the Court on the Joint Motion to Approve Settlement and Dismiss Case (Doc. 39) and the Plaintiffs' unopposed motion to add Sergio Rodriguez ("Rodriguez") as a party plaintiff (Doc. 40). Magistrate Judge Baker has recommended (Doc. 43) that the Court approve the proposed settlement and dismiss this case, except insofar as the parties are seeking to settle the claim of Rodriguez, who was not a party to this case at the time the settlement was consummated. Obviously, the Plaintiffs' unopposed motion is intended to address

this latter issue. Based on the Court's review, adding Rodriguez as a party to the case will not alter the terms of the settlement agreement (Doc. 39 at 10-23), which includes him by name and was obviously negotiated with his participation. The addition would also moot the portion of the Report and Recommendation recommending rejection of the settlement to the extent it settled Rodriguez's claims.

In consideration of the foregoing, it is hereby

**ORDERED** that the Plaintiffs' unopposed motion to add Sergio Rodriguez as a party plaintiff (Doc. 40) is **GRANTED.** And it is further

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 43) is **ADOPTED IN PART** and **REJECTED IN PART**, as set forth above. And it is further

**ORDERED** that the Joint Motion to Approve Settlement and Dismiss Case (Doc. 39) is **GRANTED**. The settlement is **APPROVED**, the complaint is **DISMISSED WITH PREJUDICE** as to all the Plaintiffs (including Rodriguez), and the third party complaint brought by Defendant Hilton Management LLC against CD Quality Service Corporation is **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 18, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party